UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(BEAUFORT DIVISION)

| | |
|---|---|
| TINA RENEE BAIREFOOT, DAE'QUANDREA TREVELL NELSON and NATHAN LEE FOX, Plaintiffs, ) ) ) ) | Case No. 9:19-cv-2759-RMG |
| v. ) | **Motion** |
| CITY OF BEAUFORT, SOUTH CAROLINA ) TOWN OF BLUFFTON, SOUTH CAROLINA ) Defendants. ) ) | **in Support of** *Pro Hac Vice* **Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that \_\_\_\_Ezekiel Reifler Edwards_____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    X☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; X☐does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

\_\_American Civil Liberties Union of South Carolina\_\_   \_Susan K. Dunn _____
Firm Name                                                                          Name of Local Counsel
\_\_\_\_P.O. Box 20998_____   \_\_s/Susan K. Dunn_____
Street Address or Post Office Box                                       Signature of Local Counsel
\_\_Charleston, SC 29413-0998_____   Local Counsel for the _____
City, State, Zip Code
\_\_\_\_\_843-282-7953_____   District of South Carolina
Telephone Number
\_\_\_\_ sdunn@aclusc.org_____
E-Mail Address                                                                     revised 09/19/05