IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Tina Renee Bairefoot, Dae'Quandrea Trevell Nelson and Nathan Lee Fox, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Beaufort, South Carolina; Town of Bluffton, South Carolina,<br><br>Defendants. | Civil Action No. 9:17-cv-2759-RMG<br><br>**PLAINTIFFS' NOTICE OF FILING ACCEPTANCE OF SERVICE** |

Plaintiffs', Tina Renee Bairefoot, Dae"Quandrea Trevell Nelson and Nathan Lee Fox, individually and on behalf of a class of all others similarly situated, hereby files the attached Acceptance of Services' by Defendants City of Beaufort, South Carolina and Town of Bluffton, South Carolina. The Defendants each accepted service of the Summons and Complaint in the above-captioned matter on October 17, 2017 .

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/B. Rush Smith*
 B. Rush Smith
 Federal Bar No. 5031
 E-Mail: rush.smith@nelsonmullins.com
 Stuart M. Andrews
 Federal Bar No. 1099
 E-Mail: stuart.andrews@nelsonmullins.com
 1320 Main Street / 17th Floor
 Post Office Box 11070 (29211-1070)
 Columbia, SC 29201
 (803) 799-2000

Susan K. Dunn
SUSAN K. DUNN (Fed. Bar #647)
American Civil Liberties Union Foundation
of South Carolina
P.O. Box 20998
Charleston, South Carolina 29413-0998
Telephone: (843) 282-7953
Facsimile: (843) 720-1428
Email: sdunn@aclusc.org

Ezekiel R. Edwards*
eedwards@aclu.org
Twyla Carter*
tcarter@aclu.org
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2610

Attorneys for Plaintiffs and the Proposed Class
* Application for pro *hac vice* admission submitted