IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Tina Renee Bairefoot, Dae'Quandrea Trevell Nelson and Nathan Lee Fox, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Beaufort, South Carolina; Town of Bluffton, South Carolina,<br><br>Defendants. | Civil Action No. 9:17-cv-2759-RMG<br><br>ACCEPTANCE OF SERVICE |

This is to certify that I, William B. Harvey, III, having been duly authorized by the City of Beaufort through its chief executive officer, do hereby acknowledge receipt and accept service of the filed Summons and Complaint, from Benjamin Rush Smith, III, attorney for the Plaintiffs, on behalf of Defendant City of Beaufort, South Carolina, on this _16th_ day of October, 2017, at the place below, pursuant to the applicable laws and rules of procedure governing service of process, with no further service on Defendant City of Beaufort, South Carolina being necessary.

William B. Harvey, III
Harvey & Battey, PA
1001 Craven Street
Beaufort, SC 29902

ATTORNEY FOR THE CITY OF BEAUFORT

1