IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Tina Renee Bairefoot, Dae'Quandrea Trevell Nelson and Nathan Lee Fox, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Beaufort, South Carolina; Town of Bluffton, South Carolina,<br><br>Defendants. | Civil Action No.  9:17-cv-2759-RMG<br><br><br>ACCEPTANCE OF SERVICE |

This is to certify that I, Terry A. Finger, having been duly authorized by the Town of Bluffton through its chief executive officer, do hereby acknowledge receipt and accept service of the filed Summons and Complaint, from Benjamin Rush Smith, III, attorney for the Plaintiffs, on behalf of Defendant Town of Bluffton, South Carolina, on this __17__ day of October, 2017, at the place below, pursuant to the applicable laws and rules of procedure governing service of process, with no further service on Defendant Town of Bluffton, South Carolina being necessary.


_____
Terry A. Finger
Finger, Melnick & Brooks, P.A.
P.O. Box 24005
Hilton Head Island, SC 29925-4005

ATTORNEY FOR THE TOWN OF BLUFFTON