# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| TINA RENEE BAIREFOOT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF BLUFFTON, SOTUH CAROLINA,<br><br>Defendant. | Civil Action No. 9:17-cv-02759-RMG<br><br>**JOINT MOTION FOR ISSUANCE OF A COURT ORDER APPROVING AND INCORPORATING THE AMENDMENT TO THE SETTLEMENT OF THE PARTIES** |

Plaintiffs and Defendant Town of Bluffton, South Carolina (the "Parties"), with the benefit of the able mediation of the Hon. Mary Gordon Baker, have reached a Supplemental Agreement, attached as Exhibit 1, resolving the issues raised by Plaintiffs' Motion to Modify and Enforce the Settlement Agreement (Dkt. No. 54). The Parties jointly move this Court to issue an order approving and incorporating the Parties' Supplemental Agreement as an amendment to the Court's Order approving the Parties' original agreement (Dkt. No. 45).

1. The Parties hereby agree to the Court's entry of the proposed Order in resolution of Plaintiffs' Motion to Modify and Enforce the Settlement Agreement against Defendant. Further, the Parties respectfully request that the Court retain jurisdiction for the purpose of enforcing its terms in accordance with the terms of the settlement.

2. Settlement is encouraged by the courts. *See, e.g.*, *United States v. North Carolina*, 180 F.3d 574, 581 (4th Cir. 1999). In determining whether to approve a proposed amendment to the settlement, the Court should determine that the amendment is fair, adequate,

and reasonable and is not the product of collusion. *Id*. There is a presumption in favor of finding a settlement to be fair. *See League of Women Voters of Va. v. Va. State Bd. of Elections*, 481 F.Supp.3d 580, 592 (W.D. Va. 2020).

3. The Parties' Supplemental Agreement is fair, adequate, and reasonable and is not the product of collusion. Counsel for Plaintiffs and Defendant Bluffton have engaged in mediation with the Hon. Mary Gordon Baker. The Supplemental Agreement is the result of arms-length bargaining and good faith negotiations and therefore is fair, adequate, and reasonable.

4. The Supplemental Agreement provides for specific procedures that Plaintiffs and Defendant believe will ensure that Defendant is in substantial compliance with this Court's original Order. In light of the significant additional resources, time, and money that both Plaintiffs and Defendant Bluffton would be forced to spend in further litigation, the Parties agree that issuance of an Order approving and incorporating the Supplemental Agreement now, by contrast, provides virtually immediate relief. Thus, it is fair, adequate, and reasonable for the Parties to enter the Supplemental Agreement at this point in the litigation.

THEREFORE, good cause exists for entry of the proposed Order and the Court should approve and adopt this Order which approves and incorporates the Settlement of the parties.

November 30, 2023

Respectfully submitted,

/s/ *Meredith McPhail*
Meredith Dyer McPhail, Fed. ID No. 13500

David Allen Chaney, Jr., Fed. ID No. 13181
American Civil Liberties Union of South Carolina
P.O. Box 1668
Columbia, SC 29202
(843) 259-2925
mmcphail@aclusc.org

Brandon Buskey
Julian Clark
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7364
bbuskey@aclu.org
jclark@aclu.org

*Counsel for Plaintiffs*


s/ *Terry Finger*
Terry A. Finger
35 Hospital Center Common, Suite 200
Post Office Box 24005
Hilton Head Island, South Carolina 29925-4005
Telephone: (843) 681-7004
tfinger@Fingerlaw.com

*Counsel for the Town of Bluffton*