UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

TINA RENEE BAIREFOOT,
DAE'QUANDRE TREVELL NELSON,
and NATHAN LEE FOX, individually
and on behalf of a class of all others
similarly situated,

      Plaintiffs,

v.

TOWN OF BLUFFTON, SOUTH
CAROLINA,

      Defendants.

Civ. No. 9:17-cv-2759-RMG

**COURT ORDER**

  The remaining Parties in this matter—the American Civil Liberties Union of South Carolina (ACLU-SC) and the American Civil Liberties Union (ACLU) acting on behalf of Plaintiffs Tina Renee Bairefoot, Dae'Quandrea Trevell Nelson, and Nathan Lee Fox (collectively, "Plaintiffs") and Defendant Town of Bluffton—have reached a Supplemental Agreement to amend this Court's Order entering the Parties' original Settlement Agreement (ECF No. 45). The Parties have asked the Court to enter an order approving and incorporating the Supplemental Agreement as more fully detailed herein. With the benefit of the Parties agreement together with the record as a whole, the Court approves the Supplemental Agreement and related Exhibits, incorporates the Supplemental Agreement as an amendment to the Court's Order dated October 7, 2019, and will retain jurisdiction over this matter for purposes of enforcing the Court's Orders.

  **The Parties agree to the following:**

  1.  This Agreement is between Plaintiffs and the Town of Bluffton, South Carolina (the "Parties").

1

2. As detailed below, Plaintiffs agree to withdraw Plaintiffs' Motion to Modify and Enforce the Settlement Agreement, ECF No. 54, in exchange for Defendant Bluffton's agreement to extend the Parties' Settlement Agreement, ECF No. 45, and to fulfill the other discrete obligations described below.

**The Parties agree, and the Court hereby orders, the following:**

A. Extension of Settlement Agreement

3. The Settlement Agreement, ECF No. 45, shall extend in full force for 12 months from the execution of this Agreement or, if sooner, after 6 consecutive months of substantial compliance with the terms of the Settlement Agreement and with Bluffton's obligations under this Agreement.

B. Town of Bluffton

4. Bluffton shall ensure that each criminal defendant is handed a written advisement of rights, Exhibit A, upon entry to the courthouse. The written advisement shall be provided in both English and Spanish.

5. To ensure that criminal defendants are aware of whether they are eligible for a sentence to incarceration, Judge Bush shall orally advise every criminal defendant in accordance with Exhibit B.

6. Bluffton shall ensure that every criminal defendant eligible for a sentence to incarceration is orally advised of their right to counsel as set forth in Exhibit C.

7. Bluffton shall ensure that any criminal defendant who wishes to waive their right to counsel be individually advised, as set forth in Exhibit D, and shall knowingly, intelligently, and voluntarily waive their rights on the record prior to speaking with any solicitor or law enforcement officer about their case. Each defendant's waiver shall be accompanied by a signed waiver of rights form, Exhibit E.

8. Bluffton shall continue to provide data required by the Settlement Agreement and shall also provide Plaintiffs, on a rolling basis, with the recordings for each docket day from the execution of this Agreement until its expiration.

9.     Upon request, Bluffton shall provide Plaintiffs with access to the signed waivers contemplated by paragraph 7, above.

## C. Plaintiffs

10.     Plaintiffs shall, upon execution of this Agreement, move to withdraw Plaintiffs' Motion to Modify and Enforce the Settlement Agreement, ECF No. 54.

11.     Plaintiffs shall make a good faith effort to communicate any issues of noncompliance to Bluffton without delay.

## D. Attorneys' Fees and Costs

12.     Bluffton agrees, within 10 days, to issue payment in the amount of $20,000 to ACLU of South Carolina as payment in full for any obligations owed under the Settlement Agreement for attorneys' fees and costs.

## E. Compliance Monitoring

13.     The Parties agree to meet every 2 months to discuss Defendant Bluffton's continued compliance with the terms of this Agreement.

14.     If the Parties disagree regarding whether Defendant Bluffton is in substantial compliance, the Parties shall refer the matter to Magistrate Judge Mary Gordon Baker prior to filing any motion with the Court.

## F. Additional Terms

15.     This Agreement is made in addition to, and should be construed consistent with, the Settlement Agreement.

The foregoing be and the same is hereby APPROVED and ORDERED by the Court.

Dated at Charleston, South Carolina, this 12th day of December, 2023.

BY THE COURT:

s/ Richard Mark Gergel

3

The Honorable Richard Gergel,
United States District Judge

4